ALLSTATE INSURANCE COMPANY v. JOHN F. MALEC.

December 19, 1984.

Petition for certification granted.

PHILIP APTER & SON, A CORPORATION v. NATIONAL
FIDELITY LIFE INSURANCE COMPANY, A
CORPORATION.

December 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. LESLIE DUNCAN.

December 19, 1984.

Petition for certification denied.

GENERAL G.M.C. SALES, INC., A CORPORATION OF THE
STATE OF NEW JERSEY v. ROGER S. PASSARELLA,
CLAIRE PASSARELLA, AND RUSSELL PASSARELLA.

December 19, 1984.

Petition for certification granted. (See 195 *N.J.Super.* 614)